ACCEPTED
14-14-01025-CR
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
3/23/2015 3:17:05 PM
CHRISTOPHER PRIN
CLERK

**No. 14-14-01025-CR**
**14-14-01026-CR**
**14-14-01027-CR**

**In the Fourteenth Court of Appeals,**
**Houston, Texas**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/23/2015 3:17:05 PM
CHRISTOPHER A. PRINE
Clerk

**CARLOS GALLEGOS-PIEDRA**
**Appellant**

**v.**

**THE STATE OF TEXAS**
**Appellee**

**Appellant's Second Motion for**

**Extension of Time to File Brief**

Respectfully Submitted by:

Joseph Kyle Verret
THE LAW OFFICE OF KYLE VERRET, PLLC
Counsel for Appellant
TBN: 240429432
11200 Broadway, Suite 2743
Pearland, Texas 77584
Phone: 281-764-7071
Fax: 281-764-7071
Email: kyle@verretlaw.com

Submitted:
March 23, 2015

In the Fourteenth Court of Appeals,
Houston, Texas

CARLOS GALLEGOS-PIEDRA
Appellant

v.

THE STATE OF TEXAS
Appellee

**Appellant's Second Motion for**

**Extension of Time to File Brief**

Comes now, Appellant, by and through his undersigned counsel, in the above styled cause and moves this Honorable Court to extend the time for the filing of Appellant's Brief. Per Texas Rule of Appellate Procedure 10.5(b), Appellant provides the following:

**Current Deadline for Filing:** March 23, 2015

**Length of Extension Sought:** Thirty (30) days (to April 22, 2015)

**Number of Previous Extensions Granted:** One.

**Basis for Extensions:**

Appellant's counsel is a solo practitioner with a busy criminal and juvenile defense caseload, which requires regular appearances in court on the part of counsel.

In the thirty days since the last motion to extend time to file brief, Appellant has completed and filed an appellant brief in appeal number 01-14-00895-CR, which is presently due to be filed with the First Court of Appeals on March 13, 2015.

The record in these causes is over 400 pages. Counsel needs additional time to review the record and prepare a cogent and succinct brief.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this Appellant's First Motion to Extend Time to File Appellant's Brief and extend the Deadline for Filing the Appellant's Brief up to and including April 22, 2015. Appellant prays all other relief to which he may be entitled.

Respectfully submitted,

/s/ Joseph Kyle Verret
Joseph Kyle Verret
THE LAW OFFICE OF KYLE VERRET, PLLC
Counsel for Appellant
TBN: 240429432
11200 Broadway, Suite 2743
Pearland, Texas 77584
Phone: 281-764-7071
Fax: 281-764-7071
Email: kyle@verretlaw.com

## Certificate of Service

I certify that a true and correct copy of the foregoing Appellant's Second Motion for Extension of Time to File Brief was served on this 23rd day of March, 2015, on the Counsel for the Appellee, David Bosserman, at the Brazoria County Criminal District Attorney's Office by e-service through electronic filing.

/s/ Joseph Kyle Verret
Joseph Kyle Verret
TBN: 2402932